AUSA: Jonathan Goulding    Telephone: (313) 226-9742
Agent: Ryan Champion    Telephone: (586) 615-9856

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.

Melqui Sideth GALINDO-Aplicano

Case No.    Case: 2:22-mj-30294
Assigned To : Unassigned
Assign. Date : 7/5/2022
USA V. GALINDO-APLICANO (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 10, 2022_____ in the county of _____Saint Clair_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1325(a) | Improper Entry by an Alien |

This criminal complaint is based on these facts:

On or about June 10, 2022, in the Eastern District of Michigan, Southern Division, Defendant Melqui Sideth GALINDO-Aplicano, an alien from Honduras, entered the United States at a time or place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325.

☑ Continued on the attached sheet.

_____
Complainant's signature

Ryan Champion, Border Patrol Agent
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ____July 5, 2022____

_____
Judge's signature

City and state: ____Detroit, Michigan____

Kimberly G. Altman, United States Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Ryan C. Champion, declare the following under penalty of perjury:

1.      I, Ryan Champion, am a Border Patrol Agent (BPA) with the United States
        Border Patrol and have been since August 6, 2009.  As a U.S. Border Patrol
        Agent, I am tasked with detecting, preventing, and apprehending
        undocumented aliens, smugglers of aliens, and illegal narcotics by
        maintaining surveillance and/or patrolling the international border with the
        United States and Canada.

2.      I make this affidavit in support of a finding of probable cause that, on June
        10, 2022, Defendant Melqui GALINDO-APLICANO violated Title 8,
        United States Code, Section 1325(a) (unlawful entry).  This affidavit is
        based upon my personal knowledge, information provided by other law
        enforcement officers, and record checks of law enforcement and Department
        of Homeland Security databases.  This affidavit may not contain all the
        information gathered during the investigation of this incident.

3.      On or about June 10, 2022, Border Patrol Agents from the Marysville
        Border Patrol Station were patrolling in or around Algonac, Michigan due to
        recent smuggling activity in the Algonac area.

4.      At approximately 11:30 p.m. agents in the aforementioned area were advised
        from a law enforcement communication center that a vessel with multiple
        people on board may be approaching the Algonac shoreline. Approximately
        ten minutes later, a Border Patrol Agent noticed a suspicious subject in or
        around the Russel Island Ferry at the corner of M-29 and Edgewater Road
        parking lot pretending to talk to someone. The Border Patrol Agent asked
        the subject if he needed any help, to which the subject responded "no." The
        Border Patrol Agent then asked what he was doing, and the subject said he
        was waiting for a ride. The Border Patrol Agent then asked the subject
        where he was from, and he responded, "I just crossed from Canada illegally"
        or words to that effect. During follow-up questioning, the Border Patrol
        Agent determined that the subject was in fact, present in the United States
        illegally, and is citizen of Honduras. The subject was identified as Melqui
        GALINDO-APLICANO.

5.      Melqui GALINDO-APLICANO's fingerprints and photograph were
        captured and entered into the Automated Biometric Identification System

(IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The record checks did not provide any evidence that Melqui GALINDO-APLICANO, has ever legally entered the United States after examination and inspection by an immigration officer or had been issued any documentation that would allow him to enter or remain the United States.

6.   The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

7.   Based on the above information, I believe there is probable cause to conclude that Melqui GALINDO-APLICANO, an alien, entered the United States on June 10, 2022, at or near Algonac, Michigan, at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers in violation of 8 U.S.C. §1325(a)(1) and (2).

_____
Ryan C. Champion, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Kimberly G. Altman
United States Magistrate Judge

Date:   July 5, 2022